MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, AND ALLSTATE INDEMNITY COMPANY, | C.A. No.7:20-cv-01959-KMK |

Plaintiffs,

v.

JAMES A. SPINA II, D.C.,
ANDREA GROSSMAN,
KIMBERLY A. SPINA,
MAELIEN SPINA,
CATSKILL MEDICAL CARE, P.C. (d/b/a MIDDLETOWN
PHYSICAL THERAPY AND PAIN MANAGEMENT),
TAMMY GARCIA-KLIPFEL, ESQ., as personal representative of
the Estate of HERBERT M. GARCIA, M.D., deceased,
PHYSICAL MEDICINE & DIAGNOSTIC TESTING, P.C.,
CLIFTON D. BURT, M.D.,
CHARLES H. BAGLEY, M.D.,
MIDDLETOWN PHYSICAL THERAPY, P.C. (d/b/a PHYSICAL
THERAPY OF ORANGE COUNTY),
ELEANORE B. ROBLES, PT (a/k/a ELEANORE B. ROBLES-
PARAS, PT),
MID HUDSON ACUPUNCTURE, P.C.,
RALPH J. STORM, L.AC.,
OPEN MRI OF MIDDLETOWN, L.L.C.,
UPSTATE RADIOLOGY, P.C.,
ACCREDITED MEDICAL SUPPLY INC.,
EFFECTIVE MARKETING & COMMUNICATIONS, LLC,
JJMJ REALTY COMPANY, AND
ROSWELL REALTY LLC,

Defendants.

## ALLSTATE'S UNOPPOSED MOTION TO SEAL CERTAIN EXHIBITS

Pursuant to Fed. R. Civ. P. 5.2, Allstate requests that this Honorable Court enter an order

electronically sealing the exhibit attaching a quit claim deed for 9 Turner Street, Unit 11,

Clearwater, Florida at ECF No. 112-27, ECF No. 144-26, and ECF No. 159-2. This exhibit was

-1-

procured by Allstate from the public record. Specifically, from public land records that were filed with the Pinellas County (Florida) Clerk of the Circuit Court. Because the document in question was the record of the Pinellas County Circuit Court and was not subject to the redaction requirement when filed there (*see* Rule 5.2(b)(4)), Allstate was unaware that the exhibit may require redaction in this matter.

On August 19, 2020, counsel for the Defendants alerted Allstate to certain personal identifiable information included in the above-referenced exhibit. In order to avoid unnecessary dissemination of this information beyond the Pinellas County Circuit Court, Allstate makes the subject request with the approval of, and without opposition from counsel for Defendants (James Spina, Maelien Spina, Effective Marketing, Mid Huson Acupuncture, Middletown PT, Eleanore Robles, and Ralph Storm). For this reason, Allstate requests that this Honorable Court seal the exhibit attaching a quit claim deed for 9 Turner Street, Unit 11, Clearwater, Florida, filed at ECF No. 112-27, ECF No. 144-26, and ECF No. 159-2 and/or grant Allstate leave to separately re-file this exhibit with applicable redactions, or under seal.

Respectfully requested,
SMITH & BRINK, P.C.,

*/s/ Hugh C.M. Brady, Esq.*
Richard D. King, Jr. (*pro hac vice*)
rking@smithbrink.com
Nathan A. Tilden (*pro hac vice*)
ntilden@smithbrink.com
Shauna L. Sullivan (*pro hac vice*)
ssullivan@smithbrink.com
Michael W. Whitcher (*pro hac vice*)
mwhitcher@smithbrink.com
Hugh Brady (*pro hac vice*)
hbrady@smithbrink.com
Emily S. Schierhorst
eschierhorst@smithbrink.com
1325 Franklin Ave, Suite 320
Garden City, New York 11530
Ph: (347) 710-0050

-2-

Attorneys for the Plaintiffs,
*Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Fire & Casualty Insurance Company, and Allstate Indemnity Company,*

Dated: August 19, 2020

## CERTIFICATE OF SERVICE

I, Hugh C.M. Brady, Esq., counsel for the plaintiffs, hereby certify that the on the 19th day of August, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

*/s/ Hugh C.M. Brady, Esq.*
Hugh C.M. Brady, Esq.

Dated: August 19, 2020

Granted.  The Clerk of the Court is respectfully requested to place under seal the documents at ECF 112-27, 144-26, and 159-2.  The Plaintiffs are instructed to file on the public record a redacted version of the referenced document.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

Dated: 09/04/2020
White Plains, NY