UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br>AND ALLSTATE INDEMNITY COMPANY,<br><br>           Plaintiffs,<br><br>v.<br><br>JAMES A. SPINA II, D.C.,<br>ANDREA GROSSMAN,<br>KIMBERLY A. SPINA,<br>MAELIEN SPINA,<br>CATSKILL MEDICAL CARE, P.C. (d/b/a MIDDLETOWN PHYSICAL THERAPY AND PAIN MANAGEMENT),<br>TAMMY GARCIA-KLIPFEL, ESQ., as personal representative of the Estate of HERBERT M. GARCIA, M.D., deceased,<br>PHYSICAL MEDICINE & DIAGNOSTIC TESTING, P.C.,<br>CLIFTON D. BURT, M.D.,<br>CHARLES H. BAGLEY, M.D.,<br>MIDDLETOWN PHYSICAL THERAPY, P.C. (d/b/a PHYSICAL THERAPY OF ORANGE COUNTY),<br>ELEANORE B. ROBLES, PT (a/k/a ELEANORE B. ROBLES-PARAS, PT),<br>MID HUDSON ACUPUNCTURE, P.C.,<br>RALPH J. STORM, L.AC.,<br>OPEN MRI OF MIDDLETOWN, L.L.C.,<br>UPSTATE RADIOLOGY, P.C.,<br>ACCREDITED MEDICAL SUPPLY INC.,<br>EFFECTIVE MARKETING & COMMUNICATIONS, LLC,<br>JJMJ REALTY COMPANY, AND<br>ROSWELL REALTY LLC,<br><br>           Defendants. | C.A. No.7:20-cv-01959-KMK |

## ORDER GRANTING IN PART ALLSTATE'S MOTION FOR PRELIMINARY INJUNCTION

Upon consideration of Plaintiffs, Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Fire & Casualty Insurance Company, and Allstate

-2-

Indemnity Company (collectively, "Allstate" or "Plaintiffs") Motion for Preliminary Injunction, the Court being duly advised in the premises and good cause having been shown, the Court finds as follows:

1. Plaintiffs have shown that they will suffer irreparable harm absent the Court ordering the requested stay;
2. There are serious questions going to the merits of Plaintiffs' declaratory judgment claims; and
3. The public interest weighs in favor of granting the requested stay.

Therefore, IT IS HEREBY:

**ORDERED** that all arbitrations pending before the American Arbitration Association between Allstate and Middletown Physical Therapy, P.C. seeking No-Fault insurance benefits are hereby **STAYED** until further order of this Court;

**ORDERED** that all arbitrations pending before the American Arbitration Association between Allstate and Mid Hudson Acupuncture, P.C. seeking No-Fault insurance benefits are hereby **STAYED** until further order of this Court; and

**ORDERED** that the Defendants are hereby **ENJOINED** from commencing any arbitrations before the American Arbitration Association against Allstate related to services or supplies provided by Middletown Physical Therapy, P.C. and/or Mid Hudson Acupuncture, P.C. until further order of this Court.

**SO ORDERED:** _____
The Honorable Kenneth M. Karas
White Plains, New York
October 5, 2020