UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br>AND ALLSTATE INDEMNITY COMPANY,<br><br>                Plaintiffs,<br><br>v.<br><br>JAMES A. SPINA II, D.C.,<br>ANDREA GROSSMAN,<br>KIMBERLY A. SPINA,<br>MAELIEN SPINA,<br>CATSKILL MEDICAL CARE, P.C. (d/b/a MIDDLETOWN PHYSICAL THERAPY AND PAIN MANAGEMENT),<br>TAMMY GARCIA-KLIPFEL, ESQ., as personal representative of the Estate of HERBERT M. GARCIA, M.D., deceased,<br>PHYSICAL MEDICINE & DIAGNOSTIC TESTING, P.C.,<br>CLIFTON D. BURT, M.D.,<br>CHARLES H. BAGLEY, M.D.,<br>MIDDLETOWN PHYSICAL THERAPY, P.C. (d/b/a PHYSICAL THERAPY OF ORANGE COUNTY),<br>ELEANORE B. ROBLES, PT (a/k/a ELEANORE B. ROBLES-PARAS, PT),<br>MID HUDSON ACUPUNCTURE, P.C.,<br>RALPH J. STORM, L.AC.,<br>OPEN MRI OF MIDDLETOWN, L.L.C.,<br>UPSTATE RADIOLOGY, P.C.,<br>ACCREDITED MEDICAL SUPPLY INC.,<br>EFFECTIVE MARKETING & COMMUNICATIONS, LLC,<br>JJMJ REALTY COMPANY, AND<br>ROSWELL REALTY LLC,<br><br>                Defendants. | C.A. No.7:20-cv-01959-KMK |

## ORDER GRANTING ALLSTATE'S MOTION FOR ATTACHMENT AS TO BANK ACCOUNT OF CATSKILL MEDICAL CARE, P.C.

Upon consideration of Plaintiffs'[1] Motion for Attachment, and with the consent of the affected Defendant, the Court being duly advised on these issues and good cause having been shown,

---

[1] Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Fire & Casualty Insurance Company, and Allstate Indemnity Company (collectively, "Allstate" or "Plaintiffs").

-2-

pursuant to Fed. R. Civ. P. 64(a) and CPLR §6201(3), it is hereby ordered that the bank account for Defendant, Catskill Medical Care, P.C.(d/b/a Middletown Physical Therapy and Pain Management) at Orange Bank & Trust, account number ending in 5998, is hereby ATTACHED, up to the amount of $1,755,073.00, and to be used by Allstate to satisfy any judgment in the above-captioned matter.

**ORDERED** that the Plaintiffs' Motion for Attachment is hereby GRANTED, as it applies to the bank account for Defendant, Catskill Medical Care, P.C. at Orange Bank & Trust, account number ending in 5998, up to the amount of $1,755,073.00.

**SO ORDERED:**

_____
The Honorable Kenneth M. Karas
White Plains, New York
October 7, 2020