

HUGH C.M. BRADY, ESQ.
ADMITTED IN MASSACHUSETTS, NEW YORK
DISTRICT OF MASSACHUSETTS
& SOUTHERN DISTRICT OF NEW YORK
(PRO HAC VICE)
HBRADY@SMITHBRINK.COM

SMITH & BRINK, P.C.
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
WWW.SMITHBRINK.COM

NEW YORK
1325 Franklin Avenue, Suite 320
Garden City, NY 11530
TEL: 347-710-0050
FAX: 347-710-0055

**MEMO ENDORSED**

January 8, 2021

**VIA ECF ONLY**
The Honorable Kenneth M. Karas
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *Allstate Ins. Co. et al. v. Spina et al.*, C.A. No. 7:20-cv-01959
       Joint Letter Motion for a Stay of Discovery

Dear Judge Karas,

Smith & Brink, P.C. represents Allstate in the above-captioned litigation. Harfenist, Kraut & Perlstein, LLP represent Defendant, James A. Spina, II, D.C. Please accept this correspondence as the parties request to stay discovery in the above captioned civil matter pending the criminal sentencing of defendant, James Spina. The current deadline for fact discovery is March 31, 2021, and this is the parties' first request for a stay of discovery.

As reported to Magistrate Judge Judith McCarthy on December 23, 2020, all other parties to this litigation have agreed to terms of settlement, are negotiating settlement paperwork and are working to finalize stipulations of dismissal in this case. The remaining issues in this matter, center around James Spina, who awaits criminal sentencing from this Honorable Court. The parties have engaged in meaningful settlement discussions and believe that resolution of the civil matter against James Spina will be assisted by his criminal sentencing and potential award of restitution to his victims.

For these reasons, the parties respectfully request that this Honorable Court stay discovery in this matter pending James Spina's criminal sentencing. Thank you for your time and attention to this matter.

Respectfully Submitted,

/s/ Hugh C.M. Brady, Esq.

Hugh C.M. Brady, Esq.
Smith & Brink, P.C.
1325 Franklin Ave. Suite 320
Garden City, NY 11530
(347)710-0050
hbrady@smithbrink.com

/s/ Steven Harfenist, Esq.

Steven Harfenist, Esq.
Harfenist, Kraut & Perlstein, LLP
3000 Marcus Avenue, Suite 2E1
Lake Success, NY 11042
(516) 355-9612
sharfenist@hkplaw.com

Granted.
So Ordered.
*[signature]*
1/8/21

CC: All Counsel via ECF

1