UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br>AND ALLSTATE INDEMNITY COMPANY,<br><br>                Plaintiffs,<br><br>v.<br><br>JAMES A. SPINA II, D.C.,<br>ANDREA GROSSMAN,<br>KIMBERLY A. SPINA,<br>MAELIEN SPINA,<br>CATSKILL MEDICAL CARE, P.C. (d/b/a MIDDLETOWN PHYSICAL THERAPY AND PAIN MANAGEMENT),<br>TAMMY GARCIA-KLIPFEL, ESQ., as personal representative of the Estate of HERBERT M. GARCIA, M.D., deceased,<br>PHYSICAL MEDICINE & DIAGNOSTIC TESTING, P.C.,<br>CLIFTON D. BURT, M.D.,<br>CHARLES H. BAGLEY, M.D.,<br>MIDDLETOWN PHYSICAL THERAPY, P.C. (d/b/a PHYSICAL THERAPY OF ORANGE COUNTY),<br>ELEANORE B. ROBLES, PT (a/k/a ELEANORE B. ROBLES-PARAS, PT),<br>MID HUDSON ACUPUNCTURE, P.C.,<br>RALPH J. STORM, L.AC.,<br>OPEN MRI OF MIDDLETOWN, L.L.C.,<br>UPSTATE RADIOLOGY, P.C.,<br>ACCREDITED MEDICAL SUPPLY INC.,<br>EFFECTIVE MARKETING & COMMUNICATIONS, LLC,<br>JJMJ REALTY COMPANY, AND<br>ROSWELL REALTY LLC,<br><br>                Defendants. | C.A. No.7:20-cv-01959 |

## [PROPOSED] ORDER GRANTING ALLSTATE'S MOTION FOR

## ATTACHMENT OF REAL PROPERTY

Upon consideration of Plaintiffs Allstate Insurance Company, Allstate Property & Casualty

Insurance Company, Allstate Fire & Casualty Insurance Company, and Allstate Indemnity

-1-

Company (collectively, "Allstate" or "Plaintiffs") Motion for Attachment of Real Property, and the Stipulation filed on April 20, 2021 by Plaintiffs and Defendant JJMJ Realty, the Court being duly advised and good cause having been shown the Court finds as follows:

1. There is real property in the name of Defendant, JJMJ Realty Company located at 9 Turner Street, Unit 11, Clearwater, Florida 33756;
2. Allstate is granted an attachment on the property held in the name of JJMJ Realty Company located at 9 Turner Street, Unit 11, Clearwater, Florida 33756;

Therefore, IT IS HEREBY:

**ORDERED** that an attachment is granted to Allstate on the property in the name of Defendant, JJMJ Realty Company at 9 Turner Street, Unit 11, Clearwater, Florida 33756;

**ORDERED** that Defendant, JJMJ Realty Company is hereby **ENJOINED** from taking any action to encumber the property at 9 Turner Street, Unit 11, Clearwater, Florida 33756, without seeking leave of this Court; and,

**ORDERED** that the Defendant, JJMJ Realty Company and its agents are hereby ENJOINED from transferring, encumbering, dissipating, or wasting any assets for the purpose of circumventing any future judgment in this case until further or superseding the Order of this Court.

**SO ORDERED:**

_____
The Honorable Kenneth M. Karas
White Plains, New York
\_\_\_May 26_____, 2021