

**MEMO ENDORSED**

HUGH C.M. BRADY, ESQ.
*ADMITTED IN MASSACHUSETTS, NEW YORK*
*& THE U.S. DISTRICT OF MASSACHUSETTS*
HBRADY@SMITHBRINK.COM

## SMITH & BRINK, P.C.
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
WWW.SMITHBRINK.COM

NEW YORK
1325 FRANKLIN AVE., SUITE 320
GARDEN CITY, NY 11530
(347) 710-0050
HBRADY@SMITHBRINK.COM

August 2, 2021

**VIA ECF ONLY**
The Honorable Kenneth M. Karas
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *Allstate Ins. Co. et al. v. Spina et al.*, C.A. No. 7:20-cv-01959
Request for Adjournment of August 5, 2021 status conference

Dear Judge Karas:

My firm represents Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Fire & Casualty Insurance Company, and Allstate Indemnity Company (collectively, "Allstate") in the above-referenced matter.

In light of the Letter filed by the Government on July 27, 2021 (ECF No. 272), endorsed by the Court on July 28, 2021 (ECF No. 273), related to resolution of issues pertaining to retirement accounts, Allstate respectfully requests an adjournment of the August 5, 2021 status conference in this matter. The potential for the Government's allocation of the retirement plan for restitution of Effective Marketing's retirement funds is a foundational issue as it applies to completion of this litigation.

The only other outstanding matter in this litigation is the Order to Show Cause related to Default Judgement against Defendants, Catskill Medical Care, P.C. d/b/a Middletown Physical Therapy and Pain Management, Effective Marketing & Communications, LLC and Roswell Realty LLC. Allstate has been endeavoring to confer with Defendants, James Spina and JJMJ Realty Co., LLC, since last week. They have indicated they have no objection to a thirty (30) day adjournment of the status conference. Allstate requests the status conference be rescheduled to a date and time convenient for this Honorable Court. This is the first request to adjourn the August 5, 2021 conference. Thank you for your time and attention in this matter.

Respectfully Submitted,
Counsel for Allstate

/s/ Hugh C.M. Brady, Esq.

Hugh C.M. Brady, Esq.

Smith & Brink, P.C.
1325 Franklin Ave, Suite 320
Garden City, NY 11530
(347) 710-0050
hbrady@smithbrink.com

Granted.
The conference is adjourned to 10/7/21, at 11:30.
So Ordered.
8/4/21

cc: All Counsel via ECF