UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br>AND ALLSTATE INDEMNITY COMPANY,<br><br>     Plaintiffs,<br><br>v.<br><br>JAMES A. SPINA II, D.C.,<br>ANDREA GROSSMAN,<br>KIMBERLY A. SPINA,<br>MAELIEN SPINA,<br>CATSKILL MEDICAL CARE, P.C. (d/b/a MIDDLETOWN PHYSICAL THERAPY AND PAIN MANAGEMENT),<br>TAMMY GARCIA-KLIPFEL, ESQ., as personal representative of the Estate of HERBERT M. GARCIA, M.D., deceased,<br>PHYSICAL MEDICINE & DIAGNOSTIC TESTING, P.C.,<br>CLIFTON D. BURT, M.D.,<br>CHARLES H. BAGLEY, M.D.,<br>MIDDLETOWN PHYSICAL THERAPY, P.C. (d/b/a PHYSICAL THERAPY OF ORANGE COUNTY),<br>ELEANORE B. ROBLES, PT (a/k/a ELEANORE B. ROBLES-PARAS, PT),<br>MID HUDSON ACUPUNCTURE, P.C.,<br>RALPH J. STORM, L.AC.,<br>OPEN MRI OF MIDDLETOWN, L.L.C.,<br>UPSTATE RADIOLOGY, P.C.,<br>ACCREDITED MEDICAL SUPPLY INC.,<br>EFFECTIVE MARKETING & COMMUNICATIONS, LLC,<br>JJMJ REALTY COMPANY, AND<br>ROSWELL REALTY LLC,<br><br>     Defendants. | C.A. No.7:20-cv-01959-KMK |

## RENEWED ORDER GRANTING ALLSTATE'S MOTION FOR ATTACHMENT AS TO BANK ACCOUNT OF CATSKILL MEDICAL CARE, P.C.

Upon previous consideration of the Plaintiffs'[1] Motion for Attachment, and request for renewal of this Court's existing order (ECF No. 192) by the Plaintiffs, the Court being duly advised

---

[1] Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Fire & Casualty Insurance Company, and Allstate Indemnity Company (collectively, "Allstate" or "Plaintiffs").

-1-

on these issues and good cause having been shown, pursuant to Fed. R. Civ. P. 64(a) and CPLR §6201(3), it is ordered that the bank account for Defendant, Catskill Medical Care, P.C. (d/b/a Middletown Physical Therapy and Pain Management) at Orange Bank & Trust, account number ending in 5578, is hereby ATTACHED, up to the amount of $1,755,073.00, and to be used by Allstate to satisfy any judgment in the above-captioned matter.

**ORDERED** that the Plaintiffs' Motion for Attachment has been GRANTED and the Order of Attachment is RENEWED, as it applies to the bank account for Defendant, Catskill Medical Care, P.C. at Orange Bank & Trust, account number ending in 5578, up to the amount of $1,755,073.00.

**SO ORDERED:**

_____
The Honorable Kenneth M. Karas
White Plains, New York
 September 21    , 2021