UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br>AND ALLSTATE INDEMNITY COMPANY,<br><br>                    Plaintiffs,<br><br>v.<br><br>JAMES A. SPINA II, D.C.,<br>ANDREA GROSSMAN,<br>KIMBERLY A. SPINA,<br>MAELIEN SPINA,<br>CATSKILL MEDICAL CARE, P.C. (d/b/a MIDDLETOWN PHYSICAL THERAPY AND PAIN MANAGEMENT),<br>TAMMY GARCIA-KLIPFEL, ESQ., as personal representative of the Estate of HERBERT M. GARCIA, M.D., deceased,<br>PHYSICAL MEDICINE & DIAGNOSTIC TESTING, P.C.,<br>CLIFTON D. BURT, M.D.,<br>CHARLES H. BAGLEY, M.D.,<br>MIDDLETOWN PHYSICAL THERAPY, P.C. (d/b/a PHYSICAL THERAPY OF ORANGE COUNTY),<br>ELEANORE B. ROBLES, PT (a/k/a ELEANORE B. ROBLES-PARAS, PT),<br>MID HUDSON ACUPUNCTURE, P.C.,<br>RALPH J. STORM, L.AC.,<br>OPEN MRI OF MIDDLETOWN, L.L.C.,<br>UPSTATE RADIOLOGY, P.C.,<br>ACCREDITED MEDICAL SUPPLY INC.,<br>EFFECTIVE MARKETING & COMMUNICATIONS, LLC,<br>JJMJ REALTY COMPANY, AND<br>ROSWELL REALTY LLC,<br><br>                    Defendants. | C.A. No. 7:20-cv-01959-KMK |

~~[PROPOSED]~~ **ORDER GRANTING ALLSTATE INSURANCE COMPANY'S[1] REQUEST TO REQUIRE MONTHLY STATUS REPORTS FROM ALLSTATE, JAMES A. SPINA II, D.C., MAELIEN SPINA, JJMJ REALTY COMPANY, AND THE UNITED STATES OF AMERICA**

Pursuant to the Status Conference held on October 7, 2021, it is hereby:

---

[1] Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Fire & Casualty Insurance Company, and Allstate Indemnity Company (collectively, "Allstate" or "Plaintiffs").

-1-

-2-

**ORDERED** that Allstate, James A. Spina II, JJMJ Realty Company, and the United States of America notify this Court of the status of ongoing discussions related to the release of Effective Marketing retirement funds to Maelien Spina, and the release of JJMJ Realty's property to satisfy a settlement agreement, in principle, between Allstate and JJMJ Realty. It is further:

**ORDERED** that Allstate, James A. Spina II, JJMJ Realty Company, and the United States of America submit such status reports to the Court, via CM/ECF, on or before the 15th day of every month beginning in November 2021, until all issues related to this matter have been resolved.

**SO ORDERED:**

_____
The Honorable Kenneth M. Karas
White Plains, New York

_____October 18_____, 2021