UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br>AND ALLSTATE INDEMNITY COMPANY,<br><br>        Plaintiffs,<br><br>v.<br><br>JAMES A. SPINA II, D.C.,<br>ANDREA GROSSMAN,<br>KIMBERLY A. SPINA,<br>MAELIEN SPINA,<br>CATSKILL MEDICAL CARE, P.C. (d/b/a MIDDLETOWN PHYSICAL THERAPY AND PAIN MANAGEMENT),<br>TAMMY GARCIA-KLIPFEL, ESQ., as personal representative of the Estate of HERBERT M. GARCIA, M.D., deceased,<br>PHYSICAL MEDICINE & DIAGNOSTIC TESTING, P.C.,<br>CLIFTON D. BURT, M.D.,<br>CHARLES H. BAGLEY, M.D.,<br>MIDDLETOWN PHYSICAL THERAPY, P.C. (d/b/a PHYSICAL THERAPY OF ORANGE COUNTY),<br>ELEANORE B. ROBLES, PT (a/k/a ELEANORE B. ROBLES-PARAS, PT),<br>MID HUDSON ACUPUNCTURE, P.C.,<br>RALPH J. STORM, L.AC.,<br>OPEN MRI OF MIDDLETOWN, L.L.C.,<br>UPSTATE RADIOLOGY, P.C.,<br>ACCREDITED MEDICAL SUPPLY INC.,<br>EFFECTIVE MARKETING & COMMUNICATIONS, LLC,<br>JJMJ REALTY COMPANY, AND<br>ROSWELL REALTY LLC,<br><br>        Defendants. | C.A. No. 7:20-cv-01959-KMK |

**ORDER TO RELEASE ATTACHED FUNDS HELD BY ORANGE BANK AND TRUST COMPANY TO PLAINTIFFS' COUNSEL IN PARTIAL SATISFACTION OF JUDGMENT AGAINST CATSKILL MEDICAL CARE, P.C.**

    It is hereby **ORDERED** that Orange Bank and Trust Company:

1) Issue a check to Allstate Insurance Company for any/all monies in its possession in the name/account of Catskill Medical Care, P.C., up to the judgment amount of $3,299,133.27;

-2-

2) Deliver any such check (in partial satisfaction of judgment) to counsel for Allstate Insurance Company, Attn: Shauna L. Sullivan, Esq., King, Tilden, McEttrick & Brink, P.C. at 350 Granite Street, Suite 2204, Braintree, MA 02184; and,

3) Provide written confirmation to counsel for Allstate that there are no other funds in the name of Catskill Medical Care, P.C., in the possession of Orange Bank and Trust Company.

Allstate shall serve a copy of this Order on counsel for Orange Bank and Trust Company via electronic mail, first class mail, and certified mail.

**SO ORDERED:**

_____
The Honorable Kenneth M. Karas
White Plains, New York

_____ March 25 , 2022