UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>ALLSTATE PROPERTY & CASUALTY INSURANCE<br>COMPANY,<br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br>AND ALLSTATE INDEMNITY COMPANY,<br><br>        Plaintiffs,<br><br>v.<br><br>JAMES A. SPINA II, D.C.,<br>ANDREA GROSSMAN,<br>KIMBERLY A. SPINA,<br>MAELIEN SPINA,<br>CATSKILL MEDICAL CARE, P.C. (d/b/a MIDDLETOWN<br>PHYSICAL THERAPY AND PAIN MANAGEMENT),<br>TAMMY GARCIA-KLIPFEL, ESQ., as personal representative of<br>the Estate of HERBERT M. GARCIA, M.D., deceased,<br>PHYSICAL MEDICINE & DIAGNOSTIC TESTING, P.C.,<br>CLIFTON D. BURT, M.D.,<br>CHARLES H. BAGLEY, M.D.,<br>MIDDLETOWN PHYSICAL THERAPY, P.C. (d/b/a PHYSICAL<br>THERAPY OF ORANGE COUNTY),<br>ELEANORE B. ROBLES, PT (a/k/a ELEANORE B. ROBLES-<br>PARAS, PT),<br>MID HUDSON ACUPUNCTURE, P.C.,<br>RALPH J. STORM, L.AC.,<br>OPEN MRI OF MIDDLETOWN, L.L.C.,<br>UPSTATE RADIOLOGY, P.C.,<br>ACCREDITED MEDICAL SUPPLY INC.,<br>EFFECTIVE MARKETING & COMMUNICATIONS, LLC,<br>JJMJ REALTY COMPANY, AND<br>ROSWELL REALTY LLC,<br><br>        Defendants. | C.A. No.7:20-cv-01959 |

### ORDER FOR MAELIEN SPINA TO ISSUE FINAL SETTLEMENT PAYMENT

Upon consideration of Plaintiffs, Allstate Insurance Company, Allstate Property &

Casualty Insurance Company, Allstate Fire & Casualty Insurance Company, and Allstate

-1-

Indemnity Company's (collectively, "Allstate") Eighth Status Report related to the consummation of settlement in this matter, IT IS HEREBY:

      **ORDERED** that Maelien Spina, issue final settlement payment to Allstate (referenced in Allstate's Eighth Status Report) within fourteen (14) days of this Order; and,

      **ORDERED** that Maelien Spina is hereby **ENJOINED** from transferring, encumbering, dissipating, or wasting any assets, for the purpose of circumventing settlement, until final settlement payment is made.

**SO ORDERED:**

_____
The Honorable Kenneth M. Karas
White Plains, New York
_____ June 23 _, 2022