UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES A. SPINA II, D.C., et al., <br><br> Defendants. | No. 20-CV-1959 (KMK) <br><br> ORDER |

KENNETH M. KARAS, United States District Judge:

Upon consideration of Plaintiffs Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Fire & Casualty Insurance Company, and Allstate Indemnity Company's (collectively, "Allstate") June 16, 2022 Status Report, filed under seal, Defendants Maelin Spina and JJMJ Realty Co.'s response (hereinafter, "Defendants"), (*see* Dkt. No. 315), and Allstate's reply, (*see* Dkt. No. 318), it is hereby:

ORDERED that Defendants' request as to Maelin Spina is denied and the Court's June 23, 2022 Order as to Ms. Spina, (*see* Dkt. No. 309), remains in effect; and

ORDERED that Defendants' request as to JJMJ Realty Co. is granted and the Court's June 23, 2022 Order as to JJMJ Realty Co., (*see* Dkt. No. 310), is vacated.

The Court will hold a telephonic status conference on July 26, 2022 at 11AM. Counsel for all parties, individuals, or other entities for which there are outstanding issues shall call the following number at the designated time:  Meeting Dial-In Number (USA toll-free): (888) 363-4749  Access Code: 7702195.  Please enter the conference as a guest by pressing the pound sign

(#). Allstate's counsel shall ensure that counsel for all relevant parties, individuals, or other entities are notified of the upcoming conference.

SO ORDERED.

Dated: July 7, 2022
        White Plains, New York

                                            KENNETH M. KARAS
                                            United States District Judge