

**MEMO ENDORSED**

STEVEN J. HARFENIST
DIRECT TEL.: 516-355-9630
DIRECT FAX: 516-355-9601
SHARFENIST@HKPLAW.COM

September 19, 2022

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      RE:    *Allstate Insurance Company et al v. James A. Spina, et al.*
                Docket No. 20-CV-1959 (KMK)

Dear Judge Karas:

    I represent JJMJ Realty Company and James Spina in this matter which is scheduled for a telephone conference with the Court at 11:00am tomorrow. I learned this morning, I have to attend a funeral in Princeton, New Jersey, tomorrow at 11:00am. I would be free after 2:00 if any time thereafter is convenient with the Court and the Plaintiff.

    The Court should be advised that this matter is very close to conclusion with the managing partner of JJMJ executing a settlement agreement on its behalf. However, the settlement agreement will require the Court to enter an order since it will call for the appointment of a receiver to sell JJMJ's sole asset - a condominium in Clearwater, Florida.

    The Court's attention is greatly appreciated, and I apologize for the inconvenience.

                            Respectfully Submitted
                            HARFENIST KRAUT & PERLSTEIN, LLP

            By:    *Steven J. Harfenist*
                          Steven J. Harfenist

cc:    All parties (via ECF)

Granted. The status conference scheduled for 9/20/2022 is continued to 9/21/2022 at 2pm.

SO ORDERED
KENNETH M. KARAS U.S.D.J.

September 19, 2022

3000 MARCUS AVENUE, SUITE 2E1
LAKE SUCCESS, NY 11042
T – 516.355.9600 F – 516.355.9601

2975 WESTCHESTER AVENUE, SUITE 415,
PURCHASE, NY 10577
T – 914.701.0800 F – 914-708-0808