

**KING TILDEN MCETTRICK**

MEMO ENDORSED

KING, TILDEN, MCETTRICK & BRINK, P.C.
Attorneys at Law

**Hugh C.M. Brady**
Shareholder
Admitted to Massachusetts & New York
hbrady@ktmpc.com

350 Granite Street, Suite 2204, Braintree, MA 02184
TEL 617.770.2214  FAX 617.774.1714

June 15, 2023

**VIA ECF FILING**

The Honorable Kenneth M. Karas
The Hon. Charles L. Brieant Jr. Federal Building & United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: *Allstate Insurance Company et al. v. Spina et al.*, C.A. No. 7:20-cv-01959
Request for Adjournment of June 16, 2023 Conference

Dear Judge Karas:

My firm represents the Plaintiffs, Allstate Insurance Company, Allstate Indemnity Company, Allstate Fire and Casualty Insurance Company and Allstate Property and Casualty Insurance Company (collectively, "Allstate"), in the above-referenced action.

In light of the status conference conducted by Magistrate Judge McCarthy on June 14, 2023, wherein the parties discussed the outstanding issues in the civil and criminal matter, Allstate respectfully requests an adjournment of the June 16, 2023 conference in this matter. At yesterday's conference, the parties laid out a plan to obtain an accounting for the JJMJ Realty property in Florida. The parties also have a follow-up conference scheduled with Magistrate Judge McCarthy on August 21, 2023, at 10:00 AM in order to discuss the status of the outstanding issues. As such, the parties believe there is no longer a need for the conference on Friday, June 16, 2023.

The Defendants have indicated that they have no objection to an adjournment of the status conference to a date and time subsequent to the August 21, 2023 follow-up conference. Allstate requests that the conference be rescheduled to a date and time that is convenient for this Honorable Court. This is the first request to adjourn the June 16, 2023 conference. Thank you for your time and attention to this matter.

Granted. The conference is adjourned
to 9/ 21 /23, at 12:00

So Ordered.
/s/
6/15/23

Respectfully submitted,

*/s/ Hugh C.M. Brady, Esq.*

Hugh C.M. Brady, Esq.
Counsel for Allstate

cc: All Counsel of Record (via ECF filing)

ktmpc.com

MASSACHUSETTS | MICHIGAN | NEW YORK | RHODE ISLAND