Case 7:20-cv-01959-KMK-JCM   Document 361   Filed 06/12/24   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>ALLSTATE PROPERTY & CASUALTY INSURANCE<br>COMPANY,<br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br>AND ALLSTATE INDEMNITY COMPANY,<br><br>      Plaintiffs,<br><br>v.<br><br>JAMES A. SPINA II, D.C.,<br>ANDREA GROSSMAN,<br>KIMBERLY A. SPINA,<br>MAELIEN SPINA,<br>CATSKILL MEDICAL CARE, P.C. (d/b/a MIDDLETOWN<br>PHYSICAL THERAPY AND PAIN MANAGEMENT),<br>TAMMY GARCIA-KLIPFEL, ESQ., as personal representative of<br>the Estate of HERBERT M. GARCIA, M.D., deceased,<br>PHYSICAL MEDICINE & DIAGNOSTIC TESTING, P.C.,<br>CLIFTON D. BURT, M.D.,<br>CHARLES H. BAGLEY, M.D.,<br>MIDDLETOWN PHYSICAL THERAPY, P.C. (d/b/a PHYSICAL<br>THERAPY OF ORANGE COUNTY),<br>ELEANORE B. ROBLES, PT (a/k/a ELEANORE B. ROBLES-<br>PARAS, PT),<br>MID HUDSON ACUPUNCTURE, P.C.,<br>RALPH J. STORM, L.AC.,<br>OPEN MRI OF MIDDLETOWN, L.L.C.,<br>UPSTATE RADIOLOGY, P.C.,<br>ACCREDITED MEDICAL SUPPLY INC.,<br>EFFECTIVE MARKETING & COMMUNICATIONS, LLC,<br>JJMJ REALTY COMPANY, AND<br>ROSWELL REALTY LLC,<br><br>      Defendants. | C.A. No. 7:20-cv-01959-KMK |

## PROPOSED ORDER RELEASING ATTACHMENT ON REAL PROPERTY AND GRANTING ATTACHMENT ON PROCEEDS OF SALE OF 9 TURNER STREET, UNIT 11, CLEARWATER, FLORIDA 33756

Upon consideration of Plaintiffs, Allstate Insurance Company, Allstate Property &

Casualty Insurance Company, Allstate Fire & Casualty Insurance Company, and Allstate

1

Indemnity Company (collectively, "Allstate" or "Plaintiffs") Stipulation to release the attachment

on real property and grant attachment on the proceeds of the sale of 9 Turner Street, Unit 11,

Clearwater, Florida 33756, the Court, being duly advised and good cause having been shown, finds

as follows:

1. There is real property at 9 Turner Street, Unit 11, Clearwater, Florida 33756;
2. Allstate has a registered attachment on real property at 9 Turner Street, Unit 11, Clearwater, Florida 33756. (ECF No. 357);
3. The property at 9 Turner Street, Unit 11, Clearwater, Florida 33756, has been sold for $487,000 less commissions and closing expenses;
4. The proceeds of the sale of 9 Turner Street, Unit 11, Clearwater, Florida 33756 closing are being held by First Title Source, subject to the attachment; and,
5. The proceeds of the sale of 9 Turner Street, Unit 11, Clearwater, Florida 33756, shall be released by First Title Source to Steven Jay Harfenist, the receiver of the Property authorized by the Court's Order (ECF. No. 356).

Therefore, IT IS HEREBY

**ORDERED** that Allstate's attachment on real property at 9 Turner Street, Unit 11,

Clearwater, Florida 33756, be released;

**ORDERED** that First Title Source shall deliver the sale proceeds to Steven Harfenist, as

the designated receiver, who shall distribute the funds in accordance with the parties' settlement

agreement so ordered by the Court (ECF. No. 355-356).


**SO ORDERED**


The Honorable Kenneth M. Karas
White Plains, New York

Date:  6/12/24

2