

HARFENIST KRAUT & PERLSTEIN LLP

STEVEN J. HARFENIST
DIRECT TEL.: 516-355-9630
DIRECT FAX: 516-355-9601
SHARFENIST@HKPLAW.COM

July 9, 2024

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

   RE: *Allstate Insurance Company et al v. James A. Spina, et al.*
      Docket No. 20-CV-1959 (KMK)(JCM)

Dear Judge Karas:

  We write pursuant to the Court's Individual Practices I.A & IX.A.2 for permission to file under seal a Report of Receiver ("Report") as it relates to the sale of the property known as 9 Turner Street, No. 11, Clearwater, FL 33756, owned by JJMJ Realty Company ("JJMJ").

  The reason for this request is that the Report is the product of a Confidential Settlement Agreement between JJMJ, Mark Spina and James Spina.

  We thank the Court for its attention to this matter.

Granted.

So Ordered.
*[signature]*
7/10/24

Respectfully submitted,
HARFENIST KRAUT & PERLSTEIN, LLP

By: *Steven J. Harfenist*
   Steven J. Harfenist

cc: All parties (via ECF)

3000 MARCUS AVENUE, SUITE 2E1
LAKE SUCCESS, NY 11042
T - 516.355.9600 F - 516.355.9601

2975 WESTCHESTER AVENUE, SUITE 415,
PURCHASE, NY 10577
T - 914.701.0800 F - 914-708-0808